UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| CHARLES JOHNSON, | ) |
| *Plaintiff,* | ) ) ) |
| vs. | ) ) No. 1:21-cv-00942-JMS-MJD |
| DAVIESS COUNTY PROSECUTOR'S OFFICE, et al., | ) ) ) |
| *Defendants.* | ) |

## FINAL JUDGMENT PURSUANT TO FED. R. CIV. P. 58

For the reasons set forth in the Court's Order entered this day, the Court now enters **FINAL JUDGMENT** and **DISMISSES** this action **with prejudice.**

Date: 2/6/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _____

Deputy Clerk, U.S. District Court

**Distribution via U.S. Mail to:**

CHARLES JOHNSON, #270530
NEW CASTLE CORRECTIONAL FACILITY - Inmate Mail/Parcels
1000 Van Nuys Road
New Castle, IN 47362